THE PEOPLE OF THE STATE OF NEW YORK v. THE MUTUAL TRUST COMPANY.— Judgment affirmed, with, costs. Mem. by BOARDMAN, J.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN F. MOOT, Appellant.— Judgment and conviction affirmed. Opinion by BOCKES, J.

CANAL RAILROAD COMPANY v. PETER BRIGGS.— Order affirmed, with ten dollars costs and printing disbursements.

LEWIS BROWNELL and others, Respondents, v. NATIONAL BANK OF GLOVERSVILLE and others, Appellants.— Order affirmed, with ten dollars costs and printing disbursements. Mem. by BOCKES, J.

ELIZABETH SNYDER v. SYLVESTER SNYDER and others. — Order denying motion for security affirmed, with ten dollars costs and printing disbursements.

RALPH HOKE, Respondent, v. MARY JANE WALDORF and another, Appellants.— Judgment affirmed, with costs. Opinion by BOARDMAN, J.; BOCKES, J., not acting.

FITCH J. SWINBURNE, Appellant, v. JAMES A. STOCKWELL, Sheriff, etc., and others, Respondents.— Judgment reversed, new trial granted, costs to abide event. Mem. by LEARNED, P. J.

JOHN A. McVEAN, Respondent, v. JEROME SQUIRES and others, Administrators, etc., Appellants.— Judgment reversed, new trial granted, costs to abide event. Mem. by LEARNED, P. J.

THE CATSKILL NATIONAL BANK, Respondent, v. WILLIAM G. FARGO, President, etc., Appellant.— Judgment and order affirmed, with costs. Mem. by LEARNED, P. J.

THE IMPORTERS' AND TRADERS' NATIONAL BANK OF NEW YORK, Respondent, v. JOHN H. HALE, Appellant, Impleaded, etc.— Judgment and order affirmed, with costs. Mem. by BOARDMAN, J.

J. FRANKLIN BARNES, Respondent, v. THE NEW YORK, LAKE ERIE AND WESTERN RAILROAD COMPANY, Appellants.— Judgment and order affirmed, with costs. Mem. by BOARDMAN, J.

MARIA A. LEWIS, Appellant, v. CLINTON F. PAIGE, Respondent.— Motion for new trial denied. Judgment for defendant on verdict. Mem. by BOCKES, J.

WILLIAM H. PERRY, Appellant, v. WAITY E. PERRY, Respondent, Impleaded, etc.— Order affirmed, with costs on opinion of Special Term.

GEORGE REIGERD, Respondent, v. THE CITY OF ELMIRA, Appellant. Judgment and order affirmed, with costs, on the opinion of the Special Term.

STANFORD W. BARRETT, Respondent, v. BENJAMIN F. LEWIS, Appellant.—Judgment affirmed, with costs. Opinion by BOARDMAN, J.

ELON SLOCUM, Respondent, v. MILTON DELANO, Sheriff, etc., Appellant. — Judgment and order affirmed, with costs. Mem. by LEARNED, P. J.